UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN RAKER DICKEY,<br><br>    Petitioner,<br><br>  vs.<br><br>ROBERT WONG*, Acting Warden of<br>San Quentin State Prison,<br><br>    Respondent. | Case No. CIV. F-06-357-AWI-P<br><br>DEATH PENALTY CASE<br><br>Order Extending Temporary Stay<br>of Execution and Permanently<br>Granting In Forma Pauperis Status |

On March 31, 2006, Petitioner Colin Raker Dickey ("Dickey"), a state prisoner facing capital punishment, filed a request for appointment of counsel, for stay of execution, and to proceed in forma pauperis, in the Eastern District of California pursuant to 28 U.S.C. § 2254.

Dickey was provisionally granted in forma pauperis status, pending receipt of a certificate from the warden or other appropriate officer of the prison of the amount of money or securities Dickey has on deposit at the prison. Dickey's request for appointment of counsel was granted, and the matter was referred to the Selection Board of the Eastern District of California to recommend counsel to represent him. Dickey's request for a stay of execution was granted

---

* Robert Wong is substituted for his predecessor, Eddie S. Ylst, as Acting Warden of San Quentin State Prison, pursuant to Federal Rule of Civil Procedure 25(d).

and all court and other proceedings related to the execution of his sentence of death, including preparation for execution and the setting of an execution date, were temporarily stayed for forty-five days, up to and including May 15, 2006.

A request for a 45-day extension of the temporary stay of execution was filed May 15, 2006, by the Selection Board, asserting additional time is necessary to locate counsel for appointment in this case.  Also on May 15, 2006, Dickey filed his certificate of inmate account as required by Rule 3(a) of the Rules Governing § 2254 Cases and 28 U.S.C. § 1915 for granting in forma pauperis status.

IT IS ORDERED that:

1. Dickey is granted permanent in forma pauperis status, and
2. the request for extension of the temporary stay of execution is granted and all court and other proceedings related to the execution of his sentence of death, including preparation for execution and the setting of an execution date, are stayed an additional 45 days, through June 29, 2006.

IT IS SO ORDERED.

**Dated:   May 16, 2006**                          /s/ Anthony W. Ishii
b64h1h                                           UNITED STATES DISTRICT JUDGE