UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN RAKER DICKEY,<br><br>    Petitioner,<br><br>vs.<br><br>ROBERT L. AYERS, Jr., Acting Warden of San Quentin State Prison,<br><br>    Respondent. | Case No. CIV. F-06-357-AWI-P<br><br><u>DEATH PENALTY CASE</u><br><br>Order Regarding Initial Case Management Conference |

On September 20, 2006, a Case Management Conference was held in the case of Petitioner Colin Raker Dickey ("Dickey"), to discuss issues regarding the preparation and filing of the federal petition. The case management plan and budget under consideration at this conference encompassed Phase I: Appointment, Record Review, and Preliminary Investigation.

Appearances were made telephonically by Kerry Bensinger and Elizabeth Piliavin-Godwin, counsel for Dickey, and Deputy Attorneys General, Justain Riley and Robert Jibson, counsel for Respondent Robert L. Ayers, Jr. ("the State").

The parties shall meet and confer regarding the time frame for filing

Dickey's federal petition as soon as possible.  If the parties cannot agree to a stipulation regarding the granting of equitable tolling for the time required to obtain representation, counsel for Dickey may file a motion for equitable tolling.

The following scheduling dates are set in this case:

1. October 6, 2006, the State shall lodge the record on appeal;
2. January 10, 2007, at 8:30 a.m., a case managment conference for Phase II shall be held telephonically.  The Court will initiate the conference call.

IT IS SO ORDERED.

**Dated:   September 20, 2006**          **/s/ Anthony W. Ishii**
b64h1h                                                  UNITED STATES DISTRICT JUDGE