IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN RAKER DICKEY,<br><br>   Petitioner,<br><br> vs.<br><br>Robert L. Ayers, as Acting Warden<br>of San Quentin State Prison,<br><br>   Respondent. | Case No. CIV. F-06-0357 AWI<br><br><u>DEATH PENALTY CASE</u><br><br>ORDER GRANTING RESPONDENT'S REQUEST TO ENLARGE TIME FOR LODGING STATE RECORD |

  This matter is before the Court on the request of Respondent Robert L. Ayers, as Acting Warden of San Quentin State Prison (the "State") for an extension of time within which to lodge the state record. Currently, the due date for the State to lodge the state record is October 6, 2006. The State, through its counsel, Deputy Attorney General Justain P. Riley, requests an extension of the due date up to and including November 6, 2006 in order to obtain four volumes of supplemental clerk's transcript documents from the California Supreme Court. Mr. Riley represents to the Court that he has contacted counsel for Petitioner Colin Raker Dickey ("Dickey"), Kerry Bensinger, and that Mr. Bensinger does not oppose the instant request.

  FOR GOOD CAUSE appearing, the State's request for an extension of time within which to lodge the state record up to and including November 6, 2006, IS GRANTED.

  IT IS SO ORDERED.

Dated: October 5, 2006

                 /s/ Anthony W. Ishii
                 Anthony W. Ishii
                 United States District Judge

06dp0357.OGrantResptReq4EOT.Dic.wpd