Kerry R. Bensinger, S.B. #132178
BENSINGER, RITT & TAI
A Limited Liability Partnership
65 North Raymond Avenue, Suite 320
Pasadena, California 91103
(626) 685-2550

Elizabeth Piliavin-Godwin, S.B. #191446
65 North Raymond Avenue, Suite 320
Pasadena, California 91103
(626) 685-2550

Attorneys for Petitioner
Colin Dickey

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN RAKER DICKEY, | Case No. CIV. F-06-357-AWI-P |
| Petitioner, | ORDER AUTHORIZING IN CAMERA AND UNDER SEAL FILING |
| vs. | |
| ROBERT L. AYERS, Jr., Acting Warden of San Quentin State Prison, | |
| Respondent. | DEATH PENALTY CASE |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT Petitioner's ex parte application for an order authorizing the *in camera* and *under seal* filing of the declaration of Kerry Bensinger filed in support of petitioner's motion for equitable tolling is GRANTED. The document shall be filed under seal.

/////

1
2  IT IS SO ORDERED.
3  **Dated:**    **November 2, 2006**      **/s/ Anthony W. Ishii**
    b64h1h                                       UNITED STATES DISTRICT JUDGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26