UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN RAKER DICKEY,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>ROBERT L. AYERS, Jr., Acting Warden of San Quentin State Prison,<br><br>　　　　　Respondent. | Case No. CIV. F-06-357-AWI-P<br><br>DEATH PENALTY CASE<br><br>Order Setting Schedule for Filing Answer and Joint Statement on Exhaustion |

　　　　On March 30, 2006, Petitioner Colin Raker Dickey ("Dickey") initiated federal habeas proceedings challenging his state conviction and death sentence. Dickey was appointed counsel on August 15, 2006. Dickey was granted equitable tolling of the one-year statute of limitations for the time he was without counsel during his federal proceedings. Dickey's federal petition is currently due July 10, 2007.

　　　　Respondent Robert L. Ayers, Jr. ("the State") shall file an answer, consistent with Rule 5(b) of the Rules Governing § 2254 Cases, within 90 days of the filing of Dickey's petition. The answer shall raise all substantive and procedural affirmative defenses which the State intends to pursue. Following the filing of the answer, the parties shall meet and

1  confer regarding exhaustion, and then shall file a joint statement setting
2  forth the parties respective positions regarding the exhaustion status of the
3  petition within 30 days of the date the answer was filed.

5  IT IS SO ORDERED.

6  **Dated:    February 2, 2007**                /s/ Anthony W. Ishii
   b64h1h                                       UNITED STATES DISTRICT JUDGE