1  Kerry R. Bensinger, S.B. #132178
   BENSINGER, RITT, TAI & THVEDT
2  A Limited Liability Law Partnership
   65 North Raymond Avenue, Suite 320
3  Pasadena, California  91103
   (626) 685-2550
4
   Elizabeth Piliavin-Godwin S.B. #191446
5  65 North Raymond Avenue, Suite 320
   Pasadena, California  91103
6  (626) 685-2550

7  Attorneys for Petitioner
   Colin Dickey
8

9

10              **UNITED STATES DISTRICT COURT**

11              **EASTERN DISTRICT OF CALIFORNIA**

12

13  COLIN RAKER DICKEY,              )   **Case No. CIV. F-06-0357 AWI P**
                                     )
14             Petitioner,           )   **ORDER AUTHORIZING IN**
                                     )   **CAMERA AND UNDER SEAL**
15        v.                         )   **FILING**
                                     )
16  ROBERT J. AYERS, Acting Warden   )
    of California State Prison at San )
17  Quentin,                         )
                                     )   **DEATH PENALTY CASE**
18             Respondent.           )

19

20        **GOOD CAUSE HAVE BEEN SHOWN, IT IS HEREBY ORDERED**

21  **THAT** petitioner's ex parte application for an order authorizing the *in camera* and

22  *under seal* filing of the declaration of Kerry Bensinger filed in support of petitioner's

23  motion for equitable tolling is **GRANTED**. The document shall be filed under seal.

24
    IT IS SO ORDERED.
25

26  DATED:  ___May 15, 2007___

27                                      ___/s/ Anthony W. Ishii___

28                                      United States District Judge