IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN RAKER DICKEY,<br><br>                                       Petitioner,<br><br>      v.<br><br>ROBERT L. AYERS, Jr., Warden of San Quentin State Prison,<br><br>                                       Respondent. | 1:06-CV-00357 AWI  P<br><br><u>DEATH</u> <u>PENALTY</u> <u>CASE</u><br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE JOINT STATEMENT OF EXHAUSTION** |

      GOOD CAUSE APPEARING, the parties' Joint Statement of Exhaustion shall be filed on or before December 18, 2007.  The date for filing the Respondent's answer, consistent with Rule 5(b) of the Rules Governing § 2254 Cases is extended to January 16, 2008.

IT IS SO ORDERED.

**Dated:   November 2, 2007**              /s/ Anthony W. Ishii
                                                                    UNITED STATES DISTRICT JUDGE

Dickey - EOTOrder