UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN RAKER DICKEY, | Case No. 1:06-cv-00357-AWI |
| Petitioner, | |
| vs. | DEATH PENALTY CASE |
| ROBERT L. AYERS, Jr., Warden of San Quentin State Prison, | Order Granting Extension of Time to File Joint Statement of Exhaustion |
| Respondent. | |

GOOD CAUSE APPEARING, the parties' Joint Statement of Exhaustion shall be filed on or before January 18, 2008.  The date for filing the Respondent's answer, consistent with Rule 5(b) of the Rules Governing § 2254 Cases is extended to March 3, 2008.

IT IS SO ORDERED.

**Dated:   December 18, 2007          /s/ Anthony W. Ishii**
UNITED STATES DISTRICT JUDGE