UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN RAKER DICKEY,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>ROBERT L. AYERS, Jr., Warden<br>of San Quentin State Prison,<br><br>　　　　　Respondent. | Case No. CIV. F-06-357-AWI-P<br><br><u>DEATH PENALTY CASE</u><br><br>Order Regarding Stay and<br>Abeyance, Directing Petitioner to<br>Show Good Cause |

　　　　On March 30, 2006, Petitioner Colin Raker Dickey ("Dickey") initiated federal habeas proceedings challenging his state conviction and death sentence. Dickey was appointed counsel on August 15, 2006. Dickey was granted equitable tolling of the one-year statute of limitations for the time he was without counsel during his federal proceedings. Dickey filed his federal petition July 10, 2007. Counsel for Dickey and counsel for Respondent Robert L. Ayers, Jr. ("the Warden") met and conferred, and filed a Joint Statement on Exhaustion January

15, 2008, agreeing that fifteen claims with various subclaims were not exhausted, but disagreeing about the exhaustion status of five claims with various subclaims. The Warden filed a motion to dismiss Dickey's federal petition based on failure to exhaust state remedies for all claims on March 3, 2008.

Dickey was directed, consistent with this Court's practice, that a response to the Warden's motion to dismiss was not necessary. *See* p. 17, n.5[1], Guide to Case Management and Budgeting in Capital Habeas Cases, Eastern District of California, Fresno Division, at www.caed.uscourts.gov, under Fresno, Attorney Info, Forms. The Warden filed a response on March 14, 2008, opposing stay and abeyance in this case because Dickey has not made a showing of good cause for this failure to exhaust his claims first in state court.

In light of the Warden's opposition, it is determined that Dickey is required to make a showing of justification under *Rhines* for stay and abeyance of his federal proceedings to exhaust state remedies. Dickey's showing shall be filed on or before April 14, 2008. The Warden may file an opposition to stay and abeyance on or before May 14, 2008.

IT IS SO ORDERED.

**Dated:   March 17, 2008**             **/s/ Anthony W. Ishii**
                                                             UNITED STATES DISTRICT JUDGE

---

[1] The pertinent part of footnote 5 states: "The Court may determine abeyance is appropriate without the necessity of petitioner filing a motion. *See Rhines v. Weber*, 544 U.S. 269, 276 (2005) (holding a district court retains discretion to stay federal proceedings pending the resolution of state habeas proceedings)."