UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ZON DOOLIN,<br><br>    Petitioner,<br><br>vs.<br><br>ROBERT WONG, Acting Warden of San Quentin State Prison,<br><br>    Respondent. | Case No. 1:06-CV-357-AWI P<br><br>DEATH PENALTY CASE<br><br>Order Following Case Management Conference |

    This matter came on for a Case Management Conference ("CMC") December 3, 2009, at 1:30 p.m. before the Honorable Anthony W. Ishii. Petitioner Keith Zon Doolin ("Doolin") was represented by Assistant Federal Defenders Jennifer Mann and Hilary Sheard. Respondent Robert Wong ("the Warden") was represented by Deputy Attorney General Lloyd Carter. All counsel appeared telephonically.

    In the October 14, 2009 order appointing counsel and initiating case management procedures, counsel for both parties were directed to familiarize themselves with the Guide to Case Management and Budgeting in Capital Habeas Cases, Eastern District of California, Fresno Division (the "Fresno Attorney Guide"), complete a Confidential Case Evaluation Form (Appendix B to the Fresno Attorney Guide), and be prepared at the CMC

to discuss the statute of limitations, the status of the Warden's assembly of the state record for lodging with the Court, and a timetable for filing the petition.

Based on the discussion at the CMC, the following schedule is established:

1. The statute of limitations in this case expires October 5, 2010;
2. The Warden shall lodge the state record with the Court by January 29, 2010;
3. Doolin's counsel do not believe they will need to move the Court for an order equitably tolling the statute of limitations;
4. Doolin's federal petition shall be filed on or before October 5, 2010;
5. Doolin's second state habeas petition to bring unexhausted claims before the California Supreme Court will be filed before October 5, 2010.

Following the filing of Doolin's federal petition, a second CMC will be set to discuss the issues of exhaustion and stay and abeyance.

IT IS SO ORDERED.

**Dated:   December 4, 2009**          **/s/ Anthony W. Ishii**
                                        CHIEF UNITED STATES DISTRICT JUDGE