UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN RAKER DICKEY,<br><br>              Petitioner,<br><br>   vs.<br><br>MICHAEL MARTEL*, Acting Warden of San Quentin State Prison,<br><br>              Respondent. | Case No. 1:06-CV-357-AWI-P<br><br><u>DEATH PENALTY CASE</u><br><br>Order Granting Request by Petitioner's Counsel to be Relieved and Referring Case to Selection Board |

      Petitioner Colin Raker Dickey ("Dickey") filed his federal petition October 4, 2007. Dickey's federal petition was determined to contain unexhausted claims. Respondent Michael Martel's motion to dismiss for lack of exhaustion was denied, and Dickey's motion for stay and abeyance was granted May 21, 2008. Dickey's second state habeas petition, filed July 21, 2008, is currently pending

---

\* Michael Martel is substituted for his predecessor as Warden of San Quentin State Prison, pursuant to Federal Rule of Civil Procedure 25(d).

before the California Supreme Court.

Lead counsel for Dickey, Kerry R. Bensinger, filed notice January 17, 2012, that he was appointed to be a Los Angeles County Superior Court Judge about December 22, 2011, and as such can no longer act as counsel of record for Dickey and seeks to be relieved.

Good Cause Having Been Shown,

Kerry R. Bensinger is relieved as counsel of record for Petitioner Colin Raker Dickey.

This matter is referred to the Selection Board of the Eastern District of California to recommend new lead counsel to represent Dickey.

IT IS SO ORDERED.

DATED:     January 23, 2012

                                                                                 /s/ Anthony W. Ishii
Chief United States District Judge