UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN RAKER DICKEY,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>KEVIN CHAPPELL*, Acting Warden of San Quentin State Prison,<br><br>　　　　　Respondent. | Case No. 1:06-CV-357-AWI-P<br><br>DEATH PENALTY CASE<br><br>Order Granting Request by Petitioner's Second Counsel to be Relieved and Referring Case to Selection Board |

Petitioner Colin Raker Dickey ("Dickey") filed his federal petition October 4, 2007. Dickey's federal petition was determined to contain unexhausted claims. Respondent Kevin Chappell's motion to dismiss for lack of exhaustion was denied, and Dickey's motion for stay and abeyance was granted May 21, 2008. During the pendancy of Dickey's second state habeas petition, filed July 21, 2008,

---

* Kevin Chappell is substituted for his predecessor as Warden of San Quentin State Prison, pursuant to Federal Rule of Civil Procedure 25(d).

lead counsel for Dickey, Kerry R. Bensinger, filed notice that he was appointed to be a Los Angeles County Superior Court Judge about December 22, 2011. Mr. Bensinger was relieved as counsel of record January 23, 2012. Dickey's second state habeas petition was summarily denied by the California Supreme Court May 23, 2012.

Second Counsel Elizabeth Piliavin-Godwin filed notice May 31, 2012, that she accepted employment with the United States District Court for the Central District of California, that she can no longer act as counsel for Dickey, and that she seeks to be relieved as counsel of record.

Good Cause Having Been Shown,

Elizabeth Piliavin-Godwin is relieved as counsel of record for Petitioner Colin Raker Dickey.

This matter is referred to the Selection Board of the Eastern District of California for recommendation of new second counsel, as well as new lead counsel, to represent Dickey.

IT IS SO ORDERED.

DATED:     June 1, 2012

                                                    /s/ Anthony W. Ishii
                                                  Chief United States District Judge