UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN RAKER DICKEY,<br><br>    Petitioner,<br><br>vs.<br><br>KEVIN CHAPPELL, Acting Warden of San Quentin State Prison,<br><br>    Respondent. | Case No. 1:06-CV-357-AWI-P<br><br>DEATH PENALTY CASE<br><br>Order Appointing Replacement Counsel to Represent Petitioner |

Petitioner Colin Raker Dickey ("Dickey") filed his federal petition October 4, 2007. Dickey's federal petition was determined to contain unexhausted claims. Respondent's motion to dismiss for lack of exhaustion was denied, and Dickey's motion for stay and abeyance was granted May 21, 2008. During the pendancy of Dickey's second state habeas petition, filed July 21, 2008, lead counsel for Dickey, Kerry R. Bensinger, filed notice that he was appointed to be a Los Angeles County Superior Court Judge about December 22, 2011. Mr. Bensinger was

relieved as counsel of record January 23, 2012.

Dickey's second state habeas petition was summarily denied by the California Supreme Court May 23, 2012.  Second Counsel Elizabeth Piliavin-Godwin filed notice May 31, 2012, that she accepted employment with the United States District Court for the Central District of California, and was relieved as counsel of record June 1, 2012.

The Selection Board for the Eastern District of California has recommended the appointment of David Senior, McBreen & Senior, 1900 Avenue of the Stars, 11th Floor, Los Angeles, California, 90067, (310) 552-5300, to represent Dickey.

The Guide to Case Management and Budgeting in Capital Habeas Cases, Eastern District of California, Fresno Division (hereafter the "Attorney Guide") provides an overview of the process for capital habeas corpus cases in this Court. Upon receipt of this order, Mr. Senior shall familiarize himself with Local Rule 191 of the United States District Court for the Eastern District of California, and with the Attorney Guide, both of which are posted on the Court's website.[1]

A telephonic Case Management and Budgeting Conference ("CMC") shall be set by counsel for Dickey and held within 30 days of the date of this order. Counsel shall be prepared to discuss the status of receipt of the record and files from prior counsel, and the necessary schedule for the next phase of litigation in this case.

Mr. Senior shall complete and submit a Rate Justification Worksheet (Appendix A to the Attorney Guide), with an application to establish a rate of reimbursement.  See Attorney Guide, ¶ 8.  This document may be submitted to

---

[1] The Local Rules are posted on the Court's website under their own tab, and the Attorney Guide is posted under Attorney Info, Fresno, Forms, CJA.  The Four Phase version will be applicable to this case.

the Court confidentially, and shall be filed at least seven days prior to the date of the Case Management Conference.

Good Cause Having Been Shown,

    David Senior is appointed as counsel of record for Petitioner Colin Raker Dickey.

IT IS SO ORDERED.

DATED:    June 12, 2012

                                /s/ Anthony W. Ishii
                              Chief United States District Judge