UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN RAKER DICKEY,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>KEVIN CHAPPELL, Acting Warden<br>of San Quentin State Prison,<br><br>　　　　　Respondent. | Case No. 1:06-CV-357-AWI-P<br><br>DEATH PENALTY CASE<br><br>Order Rescheduling Case<br>Management Conference |

　　　Good cause appearing,

The Case Management Conference currently set for August 6, 2012, at 2:30 p.m., will be held on August 27, 2012, at 2:30 p.m.

IT IS SO ORDERED.

DATED:　August 3, 2012

　　　　　　　　　　　　　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　Chief United States District Judge