UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| COLIN RAKER DICKEY, | ) | Case No. 1:06-CV-357-AWI-P |
| | ) | |
| Petitioner, | ) | |
| | ) | <u>DEATH PENALTY CASE</u> |
| vs. | ) | |
| | ) | |
| KEVIN CHAPPELL, Acting Warden of San Quentin State Prison, | ) | Order Rescheduling Case Management Conference |
| | ) | |
| Respondent. | ) | |
| | ) | |

Good cause appearing,

The Case Management Conference currently set for August 6, 2012, at 2:30 p.m., will be held on August 27, 2012, at 2:30 p.m.

IT IS SO ORDERED.


DATED:   __August 3, 2012__

                                    __/s/ Anthony W. Ishii__

                                    Chief United States District Judge