UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN RAKER DICKEY,<br><br>              Petitioner,<br><br>       vs.<br><br>KEVIN CHAPPELL, Acting Warden of San Quentin State Prison,<br><br>              Respondent. | Case No. 1:06-CV-357-AWI-P<br><br>DEATH PENALTY CASE<br><br>Order Following Case<br>Management Conference |

Petitioner Colin Raker Dickey ("Dickey") filed his federal petition October 4, 2007. Dickey's federal petition was determined to contain unexhausted claims and abeyance was granted May 21, 2008. During the pendency of Dickey's second state habeas petition, counsel representing Dickey withdrew and new counsel was appointed on June 13, 2012.

A Case Management Conference was held before the Honorable Anthony W. Ishii on September 17, 2012, at which counsel for Dickey and the Warden telephonically appeared to discuss the status of receipt of the record and files from prior counsel; to set dates scheduling the next phase of litigation, including the filing of points and authorities in support of petition, the Warden's comprehensive answer, and Dickey's traverse; to discuss any anticipated

1  requests for factual development (discovery or evidentiary hearing); and to set a
2  date for submission of Dickey's proposed budget for Phase II-B.
3       Counsel for Dickey indicated that further review of the record in this case
4  would be helpful to setting the schedule for the next phase of litigation.  Counsel
5  for the Warden had no objections to continuing the case management conference
6  to allow Dickey's counsel to review more of the case record and files.
7       The Case Management Conference is continued to December 17, 2012, at
8  2:30 p.m.  Counsel for Dickey will set up the conference call.

10 IT IS SO ORDERED.

12 DATED:   September 18, 2012
13                                      /s/ Anthony W. Ishii
14                                      Chief United States District Judge