UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN RAKER DICKEY,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>KEVIN CHAPPELL, Acting Warden<br>of San Quentin State Prison,<br><br>　　　　　Respondent. | Case No. 1:06-CV-357-AWI-P<br><br>DEATH PENALTY CASE<br><br>Order Regarding Briefing<br>Schedule |

Petitioner Colin Raker Dickey ("Dickey") filed his federal petition October 4, 2007. Dickey's federal petition was determined to contain unexhausted claims and abeyance was granted May 21, 2008. During the pendency of Dickey's second state habeas petition, counsel representing Dickey withdrew and new counsel was appointed on June 13, 2012.

Counsel for Dickey has represented that substantial progress has been made on the review of the record, and it should be completed in another 60 days. Counsel for Dickey and counsel for Respondent ("the Warden "), have agreed to

the following schedule for briefing the merits of Dickey's federal petition:

1. The Warden's answer, without points and authorities, addressing all affirmative defenses and procedural defaults, and identifying any facts in dispute, shall be filed on or before March 18, 2013.

2. Concurrent with the filing of the Warden's answer, the parties shall file a joint statement setting forth a proposed schedule for submission of points and authorities, in support of and opposition to the guilt phase claims in the petition, Dickey's reply, and any motions for factual development.

IT IS SO ORDERED.

DATED:   December 18, 2012

                                                  /s/ Anthony W. Ishii
                                                United States District Judge