UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN RAKER DICKEY,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>KEVIN CHAPPELL, Warden of<br>San Quentin State Prison,<br><br>　　　　Respondent. | Case No. 1:06-CV-357-AWI-P<br><br>DEATH PENALTY CASE<br><br>Order Modifying Appointment of<br>Replacement Counsel to Represent<br>Petitioner |

　　　Petitioner Colin Raker Dickey ("Dickey") filed his federal petition October 4, 2007.  Dickey's federal petition was determined to contain unexhausted claims. Respondent, Kevin Chappell, Warden of San Quentin State Prison ("the Warden") filed a motion to dismiss for lack of exhaustion that was denied, and Dickey's motion for stay and abeyance was granted May 21, 2008.  During the pendency of Dickey's second state habeas petition, lead counsel for Dickey, Kerry R. Bensinger, was relieved as counsel of record.  Dickey's second state habeas

petition was summarily denied by the California Supreme Court May 23, 2012, and second Counsel Elizabeth Piliavin-Godwin was relieved as counsel of record June 1, 2012. David Senior was appointed as replacement counsel to represent Dickey on June 12, 2012. Mr. Senior staffed this case with the assistance of attorneys associated with his firm.

Good Cause Having Been Shown,

David Senior will remain appointed as lead counsel of record for Petitioner Colin Raker Dickey. Matthew L. Weston and Ann K. Tria, 1900 Avenue of the Stars, 11th Floor, Los Angeles, California, 90067, are each appointed as second counsel of record for Petitioner Colin Raker Dickey. Gary Sowards is approved to serve as a legal expert consultant in this litigation.

IT IS SO ORDERED.

DATED:   May 20, 2013

                                                  /s/ Anthony W. Ishii
                                                  United States District Judge