UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN RAKER DICKEY,<br><br>        Petitioner,<br><br>   vs.<br><br>KEVIN CHAPPELL, Warden of<br>San Quentin State Prison,<br><br>        Respondent. | Case No. 1:06-CV-357-AWI-P<br><br><u>DEATH PENALTY CASE</u><br><br>Order Modifying Appointment of Replacement Counsel to Represent Petitioner |

Petitioner Colin Raker Dickey ("Dickey") filed his federal petition October 4, 2007. Dickey's federal petition was determined to contain unexhausted claims. Respondent, Kevin Chappell, Warden of San Quentin State Prison ("the Warden") filed a motion to dismiss for lack of exhaustion that was denied, and Dickey's motion for stay and abeyance was granted May 21, 2008. During the pendency of Dickey's second state habeas petition, lead counsel for Dickey, Kerry R. Bensinger, was relieved as counsel of record. Dickey's second state habeas

1  petition was summarily denied by the California Supreme Court May 23, 2012,
2  and second Counsel Elizabeth Piliavin-Godwin was relieved as counsel of record
3  June 1, 2012.  David Senior was appointed as replacement counsel to represent
4  Dickey on June 12, 2012.  Mr. Senior staffed this case with the assistance of
5  attorneys associated with his firm.

7  Good Cause Having Been Shown,
8      David Senior will remain appointed as lead counsel of record for Petitioner
9  Colin Raker Dickey.  Matthew L. Weston and Ann K. Tria, 1900 Avenue of the
10 Stars, 11th Floor, Los Angeles, California, 90067, are each appointed as second
11 counsel of record for Petitioner Colin Raker Dickey.  Gary Sowards is approved
12 to serve as a legal expert consultant in this litigation.

14 IT IS SO ORDERED.

16 DATED:   May 20, 2013

17                                      /s/ Anthony W. Ishii
18                                    United States District Judge