1

2

3

4

5

6                        UNITED STATES DISTRICT COURT

7                        EASTERN DISTRICT OF CALIFORNIA

8

9   COLIN RAKER DICKEY,                    )   Case No.: 1:06-cv-00357 –AWI-P
                                           )
10              Petitioner,                )   DEATH PENALTY CASE
                                           )
11       vs.                               )
                                           )
12  KEVIN CHAPPELL, as Acting Warden       )   ORDER SETTING MERITS BRIEFING
    of San Quentin State Prison,           )   SCHEDULE
13                                         )
                                           )
14              Respondent.                )

15

16        Petitioner Colin Raker Dickey ("Dickey") filed his federal habeas petition, without supporting

17  points and authorities, October 4, 2007.  Dickey's petition was determined to contain unexhausted

18  claims and abeyance was granted May 21, 2008.  During the pendency of Dickey's state exhaustion

19  petition, counsel representing Dickey withdrew, and new counsel was appointed on June 13, 2012.

20  The California Supreme Court summarily denied Dickey's state exhaustion petition May 23, 2012.

21        Respondent Kevin Chappell ("the Warden") file his Answer, also without points and

22  authorities, August 30, 2013.  A Joint Statement regarding a proposed schedule for merits briefing was

23  concurrently filed, but the parties were unable to agree on a briefing schedule.  Dickey proposal to

24  brief Claim13 first was rejected as the interrelation of other claims make it unlikely that Claim 13 can

25  be resolved independently.  The parties filed, as instructed, a proposed schedule for merits briefing

26  addressing all the claims in the federal petition.

27        Counsel for Dickey proposed to file merits briefing in support of the guilt phase claims in the

28  petition, recalling a prior agreement between the parties at the December 17, 2012 case management

1

conference to address the guilt phase claims before the penalty phase claims.  *See* Doc. 89.  Counsel

for Dickey asserts his guilt phase brief can be filed within 120 days, and states the Warden estimates

between 120 and 180 days to file a responsive brief to all claims.  The Court agrees to Dickey's

request to brief the guilt phase claims separately from the penalty phase claims.

To streamline the resolution of this case and conserve judicial resources, the merits briefing

and any requests for further factual development shall be combined in the same document.  A request

for factual development shall include: 1) identification of the claim for which factual development is

sought; 2) offers of proof for what Dickey contends will be uncovered; and 3) a statement of

compliance with 28 U.S.C. § 2254(e)(2).

The following briefing schedule is established for the guilt phase claims presented in Dickey's

federal petition:

1.  Dickey's merits brief and request for factual development is due on or before April 16, 2014;

2.  The Warden's responsive brief and opposition to factual development is due on or before

September 8, 2014; and

3.  Dickey's reply is due on or before November 7, 2014.


IT IS SO ORDERED.


DATED: <u>November 15, 2013</u>                                    <u>/s/ Anthony W. Ishii</u>
                                                                    ANTHONY W. ISHII
                                                                    United States District Judge

2