# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN RAKER DICKEY,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>KEVIN CHAPPELL, AS WARDEN OF SANQUENTIN CALIFORNIA STATE PRISON,<br><br>　　　　　Respondent. | Case No.  1:06-cv-00357-AWI-SAB (DP)<br><br>ORDER DIRECTING CLERK TO TERMINATE RESPONDENT'S MOTION FOR A MORE DEFINITE STATEMENT<br><br>ECF NO. 126<br><br>ORDER VACATING HEARING SET FOR NOVEMBER 19, 2014 AT 10:00 A.M.<br><br>ECF NO. 126 |

　　　　Respondent filed a motion for more definite statement on September 19, 2014. (ECF No. 126.) Petitioner filed opposition to the motion on November 5, 2014. (ECF No. 127.) Respondent replied on November 14, 2014, stating the parties had resolved the motion and requesting the hearing be removed from the court calendar. (ECF No. 129.)

　　　　Accordingly, the Motion is hereby ordered WITHDRAWN by Respondent and the Clerk of the Court is directed to TERMINATE the motion for a more definite statement (ECF No. 126), and the hearing set for November 19, 2014 at 10:00 a.m. is VACATED.

IT IS SO ORDERED.

Dated:   **November 18, 2014**

　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1