# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN RAKER DICKEY,<br><br>    Petitioner,<br><br>    v.<br><br>RON DAVIS, Warden of San Quentin State Prison,<br><br>    Respondent. | Case No. 1:06-cv-00357-AWI-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER REGARDING CASE MANAGEMENT CONFERENCE<br><br>Case Management Conference:<br> Date: February 17, 2017<br> Time: 10:00 a.m.<br> Courtroom: 9<br> Judge: Stanley A. Boone |

This matter is before the court following its January 13, 2017 order i) denying petitioner's request to strike the second amended answer, ii) denying petitioner's request for factual development, iii) denying guilt phase claims, and iv) setting a February 17, 2017 case management conference.

By this order the court provides direction to the parties for the upcoming case management conference.

Accordingly,

1. The case management conference relates to phase III proceedings on the bifurcated penalty claims and ex parte budgetary discussions with petitioner's counsel. The parties may appear by teleconference. Counsel are directed to contact the court's Courtroom Deputy Clerk, Ms. Mamie Hernandez, to advise

1

that they will be appearing telephonically and to obtain the teleconference number and pass code.

2. Counsel for both parties shall be prepared to discuss scheduling of merits briefing of the penalty phase claims and related issues, provided that i) the court will not entertain request(s) for summary judgment, ii) motions for evidentiary development may be filed only after the court rules on the merits of the penalty claims and according any schedule then provided by the court, and iii) the merits of the claims alleged in the petition will be addressed prior to procedural and *Teague* defenses.

3. At the conclusion of the case management conference, respondent's counsel will be excused and the conference will continue ex parte with counsel for petitioner present to discuss budgeting matters. Petitioner's counsel shall prepare a proposed budget amendment for the remainder of phase III litigation, using the Capital Habeas Funding Application available from Ms. Kristine Fox, 9th Circuit CJA Case Managing Attorney, kfox@ce9.uscourts.gov, and submit the proposed budget amendment to the court under seal by e-mailing it to the court's Approved Sealed@ e-mail address, ApprovedSealed@caed.uscourts.gov, at least one week before the February 17, 2017 case management conference.

IT IS SO ORDERED.

Dated:   **February 2, 2017**

UNITED STATES MAGISTRATE JUDGE